IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LEN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number CIV-05-1470-C |
| | ) |
| JASON PRIEST, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 9, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Plaintiff's 28 U.S.C. § 1983, civil rights complaint is dismissed without prejudice. A judgment will enter.

IT IS SO ORDERED this 24th day of July, 2006.

ROBIN J. CAUTHRON
United States District Judge